UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/23/19
```

HERNAN REYES, MARLON ANDRES ARMIJOS CARRION, AARON MIGUEL FLORES, and AUGUSTIN CABRERA *individually and on behalf of all other employees similarly situated*,

Plaintiff,

v.

400 WEST 14TH INC., *doing business as* GASLIGHT, WILLIAM C. REDDY, DAVID A. CURRAN, and MATTHEW REINES,

Defendants.

No. 17-CV-302 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiffs Hernan Reyes, Marlon Andres Armijos Carrion, Aaron Miguel Flores, and Augustin Cabrera brought this action against Defendants 400 West 14th Inc., William C. Reddy, David A. Curran, and Matthew Reines for alleged violations of the Fair Labor Standards Act ("FLSA"), the New York Labor Law ("NYLL"), and other state law wage and hour claims. On February 22, 2019, the Court denied the parties' proposed settlement agreement on the ground that the release provision was too broad. The parties subsequently stipulated to revise the release provision to cover only "claims, costs or expenses, and legal fees alleged in the above-entitled action." Stipulation at 1. For the reasons stated in the Court's February 22nd Order, the proposed settlement agreement, including the requested award of attorneys' fees and costs, is fair and reasonable. The settlement agreement is therefore approved. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:   April 23, 2019
         New York, New York

Ronnie Abrams
United States District Judge